and order of this Court dated November 26, 2001 (*People v Hernandez,* 288 AD2d 489 [2001]), affirming a judgment of the Supreme Court, Queens County, rendered August 25, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Smith, J.P., S. Miller, Luciano and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THAYRON IRIZARRY, Appellant. [760 NYS2d 687] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 5, 2001 (*People v Irizarry,* 282 AD2d 483 [2001]), affirming a judgment of the County Court, Orange County, rendered January 13, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Krausman, J.P., H. Miller, Schmidt and Crane, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXA KOVACS, Appellant. [760 NYS2d 672] —Appeal by the defendant from an amended judgment of the Supreme Court, Queens County (Rotker, J.), rendered June 22, 2000, revoking a sentence of probation previously imposed by the same court upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of criminal contempt in the second degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Santucci, J.P., Smith, Luciano, Schmidt and Mastro, JJ., concur.